# EXHIBIT 1

# EXHIBIT 1

**Blogger™**

## Photo



View Full Size

## Contact

My Web Page

## User Stats

| On Blogger Since | July 2007 |
|---|---|
| Profile Views (approximate) | 7255 |

Home | Features | About | Buzz |
Help | Discuss | Language |
Developers | Gear
Terms of Service | Privacy |
Content Policy | Copyright © 1999
- 2010 Google

# Billy Wells

**Gender:** Male
**Industry:** Law Enforcement or Security
**Occupation:** Bounty Hunter
**Location:** San Antonio : TX
Wishlist

## About Me

US-PBIA Executive Director, Bounty Hunter, Trainer, Skip Tracer, Bail Bondsman, Process Server

Receive a daily short daily devotional delivered to your email. Seeds of Grace. Send me an email request.

## Favorite Books

Bible Late and Great Plant Earth The Normal Christian Life Total Money Make Over

## My Blogs                                    Team Members

Billy and Jan Wells

Secrets of a Modern Day Bounty Hunter

Photo Album US-PBIA

Texas Process Servers Blog

Aaron Cash Back Bail Bonds

ROSTER Membership US-PBIA

What the Bible Teaches About

CAPTURES

Bounty Hunter Discussion

GPS Services

## Blogs I Follow

Lastest Process Servers Bid List

Texas Process Servers Blog

# EXHIBIT 2

# EXHIBIT 2



LAS VEGAS
REVIEW-JOURNAL
reviewjournal.com

August 10, 2010
Copyright © Las Vegas Review-Journal

## Process server's office manager sought in false affidavits case

Jeff **German**

By JEFF **GERMAN**

LAS VEGAS REVIEW-JOURNAL

Las Vegas Justice of the Peace Joe Bonaventure signed an arrest warrant Monday for a second suspect in a sweeping process serving scheme to file false court affidavits.

Vilisia Coleman, the 46-year-old office manager for the process server On Scene Mediations is wanted on felony charges of perjury and offering a false instrument for filing or record, authorities said.

At the center of the scandal is Maurice Carroll, a 41-year-old former Las Vegas police officer who owns On Scene Mediations, which authorities believe has operated without a license since 2003.

Carroll, who has denied wrongdoing through his lawyer, has been charged with filing false affidavits in Las Vegas Justice Court this year. He was booked and released from the Clark County Detention Center on Thursday after posting a $35,000 bond.

A criminal complaint alleges Carroll lied in the affidavits when swearing that he had served defendants with copies of court papers in lawsuits filed by the debt collection agency, Richland Holdings. The affidavits allowed Richland Holdings to obtain default judgments against the defendants after they failed to respond to the lawsuits.

Coleman, who could not be reached for comment, is alleged to have made similar false claims in cases brought by Richland Holdings, according to a police affidavit used to obtain her arrest warrant.

"It appears that Coleman was involved in a criminal conspiracy with Carroll to defraud the courts and the clients of Carroll's illegal business, On Scene Mediations," Detective Nate Chio with the Metropolitan Police Department wrote in the affidavit. "Coleman functioned as the office manager, process server and active participant in the day to day operations of On Scene Mediations."

The charges against Coleman stem from two default judgments Richland Holdings obtained as a result of false affidavits Coleman is alleged to have filed.

In one case, Chio wrote, Coleman swore in an affidavit that she had served Paul and Diana Cardinale with copies of court papers in a lawsuit to collect a $2,148 debt. She maintained that she had served the couple at their home on Dec. 12, 2008.

After learning about the judgment against them, the Cardinales successfully moved to set it aside, alleging they weren't even in Las Vegas when Coleman claimed to have served them, Chio wrote. The couple had flown to Massachusetts four days earlier to be at the side of their son, who was lying in a coma. The son later died.

In the other case, Chio said, Coleman claimed under oath that she had served Alan Wood and his ex-wife, Janet, with copies of court papers in a lawsuit to collect a $1,061 Richland Holdings debt. But both Wood, who disputed even owing the money, and his former wife contended they weren't

home when Coleman was supposed to have served them, respectively, on April 4, 2009, and May 20, 2009.

Wood, a Southwest Gas Corp. manager, said last month that he didn't learn of the default judgment in his case until his company started garnisheeing his wages under a court order. Wood hired a lawyer to get the judgment set aside, and now is countersuing Richland Holdings on allegations that it abused the court process.

Kevin Hansen, a lawyer for Richland Holdings, has not responded to calls for comment.

Justice Court officials said last week they plan to ask the county for $60,000 to hire a special hearing master to determine whether false affidavits were filed in thousands of criminal cases, eventually harming the rights of the defendants.

A computer search of court records found that Richland Holdings and the payday loan company Rapid Cash, which also used On Scene Mediations to serve papers, have obtained a total of 19,735 default judgments since January 2004.

Justice of the Peace Melissa Saragosa, who handles a large share of the court's civil matters, said On Scene Mediations is the only process server the two companies have used in the default cases before her in the past year. Records show Rapid Cash obtained 3,827 default judgments and Richland Holdings 142 during that time, she said.

Saragosa said people who want to know whether they have a judgment against them can go to Justice Court's public website � www.clarkcountycourts.us. If they want legal advice, they can visit the Civil Law Self Help Center on the first floor of the Regional Justice Center or call a hot line, 868-1136, set up by the Legal Aid Center of Southern Nevada.

Contact reporter Jeff **German** at jgerman@reviewjournal.com or 702-380-8135 or read more courts coverage at lvlegalnews.com.

# EXHIBIT 3

# EXHIBIT 3

Las Vegas News, Sports, Business, Entertainment and Classifieds

Subscribe or Manage your account | E-mail / mobile alerts | Log into the e-Edition

Search

[                    ] Go

Recent Editions: Sun Mon Tue Wed Thu Fri Sat

**Monday**
Aug. 30, 2010

HOME | NEWS | SPORTS | BUSINESS | LIVING | ENTERTAINMENT | TRAVEL | OPINION | OBITUARIES          JOBS | AUTOS | HOMES | CLASSIFIEDS & ADS

## Archive Search

August 10, 2010
Copyright © Las Vegas Review-Journal

### Process server's office manager sought in false affidavits case

Jeff German

By JEFF **GERMAN**

LAS VEGAS REVIEW-JOURNAL

Las Vegas Justice of the Peace Joe Bonaventure signed an arrest warrant Monday for a second suspect in a sweeping process serving scheme to file false court affidavits.

Vilisia Coleman, the 46-year-old office manager for the process server On Scene Mediations is wanted on felony charges of perjury and offering a false instrument for filing or record, authorities said.

At the center of the scandal is Maurice Carroll, a 41-year-old former Las Vegas police officer who owns On Scene Mediations, which authorities believe has operated without a license since 2003.

Carroll, who has denied wrongdoing through his lawyer, has been charged with filing false affidavits in Las Vegas Justice Court this year. He was booked and released from the Clark County Detention Center on Thursday after posting a $35,000 bond.

A criminal complaint alleges Carroll lied in the affidavits when swearing that he had served defendants with copies of court papers in lawsuits filed by the debt collection agency, Richland Holdings. The affidavits allowed Richland Holdings to obtain default judgments against the defendants after they failed to respond to the lawsuits.

Coleman, who could not be reached for comment, is alleged to have made similar false claims in cases brought by Richland Holdings, according to a police affidavit used to obtain her arrest warrant.

"It appears that Coleman was involved in a criminal conspiracy with Carroll to defraud the courts and the clients of Carroll's illegal business, On Scene Mediations," Detective Nate Chio with the Metropolitan Police Department wrote in the affidavit. "Coleman functioned as the office manager, process server and active participant in the day to day operations of On Scene Mediations."

The charges against Coleman stem from two default judgments Richland Holdings obtained as a result of false affidavits Coleman is alleged to have filed.

In one case, Chio wrote, Coleman swore in an affidavit that she had served Paul and Diana Cardinale with copies of court papers in a lawsuit to collect a $2,148 debt. She maintained that she had served the couple at their home on Dec. 12, 2008.

After learning about the judgment against them, the Cardinales successfully moved to set it aside, alleging they weren't even in Las Vegas when Coleman claimed to have served them, Chio wrote. The couple had flown to Massachusetts four days earlier to be at the side of their son, who was lying in a coma. The son later died.

In the other case, Chio said, Coleman claimed under oath that she had served Alan Wood and his ex-wife, Janet, with copies of court papers in a lawsuit to collect a $1,061 Richland Holdings debt. But both Wood, who disputed even owing the money, and his former wife contended they weren't home when Coleman was supposed to have served them, respectively, on April 4, 2009, and May 20, 2009.

Wood, a Southwest Gas Corp. manager, said last month that he didn't learn of the default judgment in his case until his company started garnisheeing his wages under a court order. Wood hired a lawyer to get the judgment set aside, and now is countersuing Richland Holdings on allegations that it abused the court process.

Kevin Hansen, a lawyer for Richland Holdings, has not responded to calls for comment.

Justice Court officials said last week they plan to ask the county for $60,000 to hire a special hearing master to determine whether false affidavits were filed in thousands of criminal cases, eventually harming the rights of the defendants.

A computer search of court records found that Richland Holdings and the payday loan company Rapid Cash, which also used On Scene Mediations to serve papers, have obtained a total of 19,735 default judgments since January 2004.

Justice of the Peace Melissa Saragosa, who handles a large share of the court's civil matters, said On Scene Mediations is the only process server the two companies have used in the default cases before her in the past year. Records show Rapid Cash obtained 3,827 default judgments and Richland Holdings 142 during that time, she said.

Saragosa said people who want to know whether they have a judgment against them can go to Justice Court's public website ◊ www.clarkcountycourts.us. If they want legal advice, they can visit the Civil Law Self Help Center on the first floor of the Regional Justice Center or call a hot line, 868-1136, set up by the Legal Aid Center of Southern Nevada.

Contact reporter Jeff **German** at jgerman@reviewjournal.com or 702-380-8135 or read more courts coverage at lvlegalnews.com.
Text



# EXHIBIT 4

# EXHIBIT 4

Share Report Abuse Next Blog» Create Blog Sign In

# Texas Process Servers Blog

WEDNESDAY, FEBRUARY 10, 2010

## Process Server Arrested for Murder

DEADLY HOME ROBBERY: Process server arrested

Man dies, woman shot after visit from legal representative

By MIKE BLASKY
LAS VEGAS REVIEW-JOURNAL

A legal process server who has been charged with murder robbed and shot a Las Vegas couple at their residence, where he tried to serve papers four hours earlier, according to an arrest report.

Police say Gregory Hover, 38, shot Julio Romero and his wife, Roberta, in their Las Vegas home Jan. 25.

Julio Romero, 64, was pronounced dead at the scene. Roberta Romero, whose age was not available, was shot in the face but survived the attack.

According to the arrest report, Hover was working for Junes Legal Service, a local legal support service, when he arrived at the Romero home, located on Sage Pines Drive, near Russell Road and Jones Boulevard, about 9:30 p.m. on Jan. 24.

A process server is someone who delivers a legal notice such as a subpoena or a summons. The server must not be a party involved in the case.

Deborah Schuff, owner of Junes Legal Service, said Hover had no criminal history and received his Nevada Process Servers License through the state.

The background checks are handled through the FBI, she said. According to state law, a server must have no prior felonies, or misdemeanors that involve "moral turpitude," a broad term to define

## COUNTER

## FOLLOWERS



with Google Friend Connect

Followers (24)



## BLOG ARCHIVE

▼ 2010 (42)

  ► August (2)

  ► July (6)

  ► June (1)

  ► May (4)

  ► April (4)

  ► March (4)

  ▼ February (7)

    Could GPS stop Gutter Serves?

    Taser and a Process Server

    Firing at a Process Server

Firing at a Process Server

Process Server Arrested for
Murder

10 Things that guarantee
success

If You Need Someone Found

► January (14)

► 2009 (1)

ABOUT ME



**BILLY WELLS**

US-PBIA
Executive
Director, Bounty
Hunter, Trainer,
Skip Tracer, Bail Bondsman,
Process Server

VIEW MY COMPLETE PROFILE

character.

"If there are issues on his background, you have to check with the
state of Nevada, they gave him his license," Schuff said. "We had
nothing to do with it."

However, Hover was charged in 2006 with three felony counts of
passing bad checks with intent to defraud. According to his warrant,
he passed off thousands of dollars in bad checks over six months in
2005, including more than $5,700 in checks at O'Aces Bar and Grill
and more than $1,000 at Boulder Station.

According to court records, Hover never entered a plea in the case but
agreed to pay restitution. It is not clear whether he was ever arrested
in connection with the crime.

According to the arrest report, Hover told Julio Romero he needed to
serve papers to Santiago Pozzi, a friend whom the couple said they
had not seen in several years.

Julio Romero signed a document stating he had not seen Pozzi, and
Hover left the home, the report said.

Roberta Romero told police she awoke to a sound at about 12:30 a.m.
the next day. When she investigated, she discovered a man she
recognized and later identified in a police lineup as Hover. He was in
the kitchen with a handgun, the report said.

Hover made her give him her wallet, which contained credit and bank
cards, then forced her into an upstairs closet as he stole items from
her bedroom, according to the report.

She told police she heard Hover's cell phone ring, upon which he
immediately opened the door and shot her. She waited about 15
minutes before she called 911 from a bathroom telephone, the report
states.

Police later used surveillance footage from a convenience store to
identify a man, Richard Benjamin Freeman Jr., using the Romeros'
bank card at an ATM.

Police identified Hover as a suspect through Roberta Romero's
description of him as a process server, the report said, and detectives
located and questioned both Hover and Freeman on Friday.

During an interview, Freeman told police he was in Hover's car the

night of the slaying, but did not enter the home.

He told police Hover said he had bound Julio Romero with tape before shooting him in the head, and then threw Roberta Romero in the closet before shooting her.

Freeman said Hover gave him jewelry and bank cards from the robbery with the instruction to pawn the jewelry and withdraw money from an ATM, which he tried to do, according to the report.

Hover denied being present in the Romero home during the shootings, although he said he had tried to serve Pozzi at the home earlier that evening, the report states.

Police also interviewed a witness who said Hover traded the weapon used in the slaying, a .380-caliber pistol, for rock cocaine after the shooting, according to the report.

Hover was arrested on Saturday. He is being held at Clark County Detention Center without bail.

Homicide Lt. Lew Roberts said there are no current plans to arrest Freeman, but the investigation is still ongoing.

Review-Journal writer Lawrence Mower contributed to this report. Contact reporter Mike Blasky at mblasky@reviewjournal.com or 702-383-0283.

POSTED BY BILLY WELLS AT 5:28 PM


0 COMMENTS:

POST A COMMENT

**Comment as:** Select profile...

Post Comment    Preview

.

Newer Post                    Home                    Older Post

Subscribe to: Post Comments (Atom)

# EXHIBIT 5

# EXHIBIT 5

# *-APPLICATION-*

## Title
**Title of Work:** Process server's office manager sought in false affidavits case

## Completion/Publication
**Year of Completion:** 2010

**Date of 1st Publication:** August 10, 2010     **Nation of 1st Publication:** United States

## Author
■     **Author:** Stephens Media LLC

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** Righthaven LLC

**Name:** Chief Executive Officer

**Email:** sgibson@righthaven.com     **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV 89129-7701 United States

## Certification

**Name:** Steven A. Gibson

**Date:** September 2, 2010

**Applicant's Tracking Number:** 0002065

**Registration #:**

**Service Request #:**   1-481234803

**Application Date:**   09-02-2010 20:13:28

## Correspondent ─────────────────────────────

**Organization Name:**   Righthaven LLC
**Name:**   Steven A. Gibson
**Address:**   9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

## Mail Certificate ─────────────────────────────

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States