SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada  89129-7701
Tel: (702) 683-4788
Fax: (702) 922-3851

J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven LLC*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900

*Attorneys for Plaintiff Righthaven LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>BILLY BOB WELLS, an individual,<br><br>Defendant. | Case No.: 2:10-cv-01542-KJD-RJJ<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

  Plaintiff, Righthaven LLC ("Righthaven") and Defendant Billy Bob Wells ("Mr. Wells"; collectively with Righthaven known herein as the "Parties"), by and through their attorneys of record, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby notify the Court that they have resolved their differences and hereby stipulate to a voluntary dismissal, with prejudice, of all claims asserted against Mr. Wells in the above-captioned matter.

1

WHEREFORE, the Parties request this Court enter an Order dismissing the above-captioned action filed against Mr. Wells with prejudice.

Dated this 12th day of January, 2011.

Submitted by:

| | |
|---|---|
| RIGHTHAVEN LLC | GUNN, LEE & CAVE, P.C. |
| /s/ J. Charles Coons | /s/ Ted D. Lee |
| J. CHARLES COONS, ESQ. | TED D. LEE, ESQ. |
| Nevada Bar No. 10553 | Texas Bar No. 12137700 |
| JOSEPH C. CHU, ESQ. | 300 Convent, Suite 1080 |
| Nevada Bar No. 11082 | San Antonio, Texas 78205 |
| RIGHTHAVEN LLC | |
| 9660 West Cheyenne Avenue, Suite 210 | MARK BORGHESE, ESQ. |
| Las Vegas, Nevada 89129-7701 | Nevada Bar No. 6231 |
| | RYAN GILE, ESQ. |
| SHAWN A. MANGANO, ESQ. | 7251 West Lake Mead Blvd., Suite 530 |
| 9960 West Cheyenne Avenue, Suite 170 | Las Vegas, Nevada 89128-8373 |
| Las Vegas, Nevada 89129-7701 | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

Dated this 17th day of February, 2011.